COMMONWEALTH vs. JOSEPH MATHER. Reported below: 44 Mass. App. Ct. 1109 (1998).

COMMONWEALTH vs. JOHN M. McCAMBRIDGE. Reported below: 44 Mass. App. Ct. 285 (1998).

COMMONWEALTH vs. NIGEL N., a juvenile. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH vs. EDWIN OLIVENCIA. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH vs. NELSON PEREZ. Reported below: 44 Mass. App. Ct. 911 (1998).

COMMONWEALTH vs. RASHID PIGOTT. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH vs. DONALD A. PILKINGTON, JR. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. TONY QUINONES. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH vs. HERIBERTO RIVERA. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH vs. RACHEL RIVERA. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH vs. ANGEL RODRIQUEZ. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. JULIO I. ROSARIO. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. SHI MING HO. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH vs. ADRIEL STILLWELL. Reported below: 44 Mass. App. Ct. 1113 (1998).

COMMONWEALTH vs. DOMENIC STRAZZULLA. Reported below: 44 Mass. App. Ct. 1111 (1998).

COMMONWEALTH vs. WILLIE L. WALLACE. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. ANDRE WHITE. Reported below: 44 Mass. App. Ct. 168 (1998).

COMMONWEALTH vs. RODERICK WILLIAMS. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH vs. CHARLES L. WORCESTER. Reported below: 44 Mass. App. Ct. 258 (1998).

BRUCE C. FOUCAR & others vs. CHELMSFORD WATER DISTRICT & others. Reported below: 44 Mass. App. Ct. 1112 (1998).

JEAN M. HOLLAND vs. UNITED STATES. Reported below: 44 Mass. App. Ct. 280 (1998).

CATHERINE LAMANTEA vs. CITY OF CAMBRIDGE. Reported below: 44 Mass. App. Ct. 1112 (1998).

DAVID E. MILLS vs. CONTINENTAL TRANSPORTATION NETWORK, INC., & another. Reported below: 44 Mass. App. Ct. 916 (1998).

THOMAS S. TEMPLEMAN vs. KRISTINE H. TEMPLEMAN. Reported below: 44 Mass. App. Ct. 1113 (1998).


March 31, 1998

*Further appellate review granted:*

COMMONWEALTH vs. MICHAEL J. SIMPSON. Reported below: 44 Mass. App. Ct. 154 (1998).

*Further appellate review denied:*

ADOPTION OF IRIS. Reported below: 43 Mass. App. Ct. 95 (1997).

AMERICAN UNIVERSAL INSURANCE GROUP vs. OLDION LUZI & another; GINA M. COLELLA, intervener. Reported below: 44 Mass. App. Ct. 1111 (1998).

COMMONWEALTH vs. GEOFFREY BELLE ISLE. Reported below: 44 Mass. App. Ct. 226 (1998).

COMMONWEALTH vs. STEPHEN M. DIRENZO (and a companion case). Reported below: 44 Mass. App. Ct. 95 (1997).